# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EDWARD LINDSEY,

    Petitioner,

v.

WILLIAM MUNIZ,

    Respondent.

Case No. 18-cv-05786-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 26, 2018

_____
SUSAN ILLSTON
United States District Judge